Date: **7/01/2011**　　　　　　　　　　　　　　Judge: Ellis
　　　　　　　　　　　　　　　　　　　　　　　Reporter: M. Rodriquez
Start: 9:00 am.
Finish: _____

Case Number: **1:11-CR-00217**

UNITED STATES OF AMERICA

vs.

**JOSE CIRO JUAREZ-SANTAMARIA**　　　 X　 Present　 ___ Not Present

| Counsel for Government | Counsel for Defendant |
|---|---|
| **Patricia Giles** | **David Williams** |

Motion to/for:
Extension [13] by Deft.

Argued &
( ) Granted　(✓) Denied　( ) Granted in part/Denied in part
( ) Taken Under Advisement　( ) Continued to

( ) Report and Recommendation to Follow
(✓) Order to Follow

plea next Fri - 7/8 @ 9 AM