UNITED STATES DISTRICT COURT
**\*\* Plea Minutes \*\***

Date: 7/8/2011   Case #: 11cr217
Time: 9:15-10:06   Interpreter/Lang: Maria Horvath   (Spanish)

**Change of Plea Hearing:**

- Deft withdrew NG plea and PG to Count(s) Two of the Indictment - - Plea ACCEPTED.
- Sentencing scheduled for: _____ AM

Honorable **T.S. Ellis, III**, United States District Judge, Presiding

| nmcc | Kathleen Elias (Rudiger & Green Rpt Srv) |
|---|---|
| Courtroom Deputy | Court Reporter |

UNITED STATES OF AMERICA
   v.

Jose Ciro Juarez-Santamaria

Deft appeared:  **X** in person    __ failed to appear
                **X** with Counsel  __ without Counsel
                __ through Counsel

David Williams   Patricia Giles
**Counsel for Deft**   **Counsel for Government**

**Matter called for:**
[**X**] Change of Plea

**Filed in open court:**
[**X**] Plea Agreement   [**X**] Statement of Facts   [ ] Motion/Order to Dismiss

**Plea: Plea was not accepted by the Court. Trial shall commence as scheduled.**
[ ] Deft entered Plea of Guilty as to Count(s) Two of the **Indictment** - - Plea ACCEPTED
[ ] Motion for Dismissal of Count(s) _____ by [**X**] US or [ ] Deft
[ ] Order entered in open court    [ ] Order to follow
[ ] Matter referred to USPO for PSI rpt    - - [ **X** ] Yes *-or-* [ ] No
[ ] Case continued to: _____ at 9:00 AM for:
    [ ] Jury Trial  [ ] Bench Trial  [**X**] Sentencing

[ ] Release Order Entered   [**X**] Deft Remanded   [ ] Deft Released on Bond   [ ] Deft Continued on Bond

- Cancel previously scheduled Jury Trial of: _____